```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


LARY FEEZOR,
                                          NO. Civ.S-11-1926 LKK/CKD
          Plaintiff,

     v.                                   ORDER RE DISPOSAL
                                          DOCUMENTS AFTER
BED, BATH & BEYOND OF                     NOTIFICATION OF SETTLEMENT
CALIFORNIA, LLC, et al.,

          Defendants.
                                      /
```

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED**.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

////

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  September 22, 2011.

```
                    /s/ Lawrence K. Karlton
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```