1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff LARY FEEZOR

6  RICHARD M. SEGAL, SBN 156975
   NATHANIEL R. SMITH, SBN 257615
7  PILLSBURY WINTHROP SHAW PITTMAN LLP
   501 W. Broadway, Suite 1100
8  San Diego, CA 92101-3575
   Telephone: (619) 234-5000
9  Facsimile: (619) 236-1995

10 Attorneys for Defendant
   Petco Animal Supplies Stores, Inc.
11

12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

15
   LARY FEEZOR,                        Case No. 2:11-cv-01926-LKK-CKD
16
          Plaintiff,
17                                     JOINT STIPULATION FOR
   v.                                  DISMISSAL OF DEFENDANT PETCO
18                                     ANIMAL SUPPLIES STORES, INC.
   BED BATH & BEYOND of                and ORDER THEREON
19 CALIFORNIA, LLC, et al.,

20        Defendants.
                                    /
21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal of                   *Feezor v. Bed Bath & Beyond, et al.*
Defendant Petco Animal Supplies Stores, Inc.   - 1 -   Case No. 2:11-cv-01926-LKK-CKD

TO THE COURT AND ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, PETCO ANIMAL SUPPLIES STORES, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(2) **as to defendant PETCO ANIMAL SUPPLIES STORES, INC. only**.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant **PETCO ANIMAL SUPPLIES STORES, INC**.

Dated: October 21, 2011     DISABLED ADVOCACY GROUP, APLC

*/s/  Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Lary Feezor

Dated: October 21, 2011     PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/  Nathaniel R. Smith*
NATHANIEL R. SMITH
Attorney for Plaintiff PETCO ANIMAL SUPPLIES STORES, INC.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01926-LKK-DAD, is hereby dismissed with prejudice as to defendant PETCO ANIMAL SUPPLIES STORES, INC.

Dated: October 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal of
Defendant Petco Animal Supplies Stores, Inc.     - 2 -     Feezor v. Bed Bath & Beyond, et al.
Case No. 2:11-cv-01926-LKK-CKD