1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN, 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone:  (530) 895-3252
   Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff LARY FEEZOR

6  RICHARD M. SEGAL, SBN 156975
7  NATHANIEL R. SMITH, SBN 257615
   PILLSBURY WINTHROP SHAW PITTMAN LLP
8  501 W. Broadway, Suite 1100
   San Diego, CA 92101-3575
9  Telephone: (619) 234-5000
   Facsimile: (619) 236-1995

10 Attorneys for Defendant
11 Petco Animal Supplies Stores, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:11-cv-01926-LKK-CKD |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL OF DEFENDANT PETCO ANIMAL SUPPLIES STORES, INC. and ORDER THEREON |
| BED BATH & BEYOND of CALIFORNIA, LLC, et al., | |
| Defendants. | |

Joint Stipulation for Dismissal of
Defendant Petco Animal Supplies Stores, Inc.      - 1 -      *Feezor v. Bed Bath & Beyond, et al.*
Case No. 2:11-cv-01926-LKK-CKD

TO THE COURT AND ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, PETCO ANIMAL SUPPLIES STORES, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(2) **as to defendant PETCO ANIMAL SUPPLIES STORES, INC. only**.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant **PETCO ANIMAL SUPPLIES STORES, INC**.

Dated: October 21, 2011         DISABLED ADVOCACY GROUP, APLC

  */s/   Lynn Hubbard III*
  LYNN HUBBARD III
  Attorney for Plaintiff Lary Feezor

Dated: October 21, 2011         PILLSBURY WINTHROP SHAW PITTMAN LLP

  */s/   Nathaniel R. Smith*
  NATHANIEL R. SMITH
  Attorney for Plaintiff PETCO ANIMAL SUPPLIES STORES, INC.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01926-LKK-DAD, is hereby dismissed with prejudice as to defendant PETCO ANIMAL SUPPLIES STORES, INC.

Dated: October 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT